| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br>FEB 0 9 2001<br>C. Signature<br>X _____ ☑ Agent ☐ Addressee |
| 1. Article Addressed to:<br><br>David Barasch, USA<br>Room 217, Federal Building<br>228 Walnut Street<br>Harrisburg, PA. 17108 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number (Copy from service label)
7000 0520 0023 0168 0118

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

1:CV-01-16

Order of
2/7/01

FILED
HARRISBURG, PA
FEB 13 2001
MARY E. D'ANDREA, CL
Per ____