DMB:DD:slg

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL TURPIN, :
        Petitioner :
         :
   v. : Civil No. 1:CV-01-0168
         : (Judge Rambo)
IMMIGRATION AND NATURALIZATION, :
SERVICE :
        Respondent :

### NUNC PRO TUNC MOTION FOR LEAVE TO FILE A RESPONSE IN EXCESS OF FIFTEEN PAGES

Respondent hereby requests nunc pro tunc the Court to permit it to exceed the fifteen-page limit as provided in M.D. Pa. Local Rule 83.32.5 in filing its response to the show cause Order issued by the Court on February 2, 2001. A brief in support of this motion has been filed in accordance with Local Rule 7.5. Counsel certifies that she has not obtained the concurrence of petitioner pursuant to Local Rule 7.1 because petitioner is a prisoner proceeding pro se.

                                      Respectfully submitted,

                                      DAVID M. BARASCH
                                      United States Attorney

                                        DULCE DONOVAN
                                        Assistant U.S. Attorney
                                        SHELLEY L. GRANT
                                        Paralegal Specialist
                                        Federal Building
                                        228 Walnut Street
                                        Post Office Box 11754
                                        Harrisburg, PA 17108

Dated: February 27, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL TURPIN,                          :
          Petitioner                  :
                                      :
     v.                               :  Civil No. 1:CV-01-0168
                                      :  (Judge Rambo)
IMMIGRATION AND NATURALIZATION,       :
SERVICE                               :
          Respondent                  :

CERTIFICATE OF SERVICE BY MAIL

     The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

     That on February 27, 2001, she served a copy of

NUNC PRO TUNC MOTION FOR LEAVE TO FILE
A RESPONSE IN EXCESS OF FIFTEEN PAGES

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Paul Turpin
A No. 12-355-636
Pike County Jail
H.C. 8 Box 8601
Hawley, PA 18428

_____
SHELLEY L. GRANT
Paralegal Specialist