UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL TURPIN,                       :
                Petitioner         :
                                   :
         v.                        :   Civil No. 1:CV-01-0168
                                   :   (Judge Rambo)
IMMIGRATION AND NATURALIZATION,    :
SERVICE                            :
                Respondent         :


**O R D E R**

NOW, this _____28_____ day of _____Feb._____, 2001,

upon consideration of respondent's nunc pro tunc motion to exceed

the fifteen-page limit, IT IS HEREBY ORDERED that said motion is

granted.  Respondent may file a response to this Court's show

cause order which does not exceed thirty-one pages.


SYLVIA H. RAMBO
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 28, 2001

Re:  1:01-cv-00168    Turpin v. Immigration and Natu

True and correct copies of the attached were mailed by the clerk
to the following:

    Paul Turpin
    CTY-PIKE
    HC 8, Box 8601
    Hawley, PA  18428-8610

    Dulce Donovan, Esq.
    U.S. Attorney's Office
    228 Walnut Street
    P.O. Box 11754
    Harrisburg, PA  17108

    David Barasch
    United States Attorney's Office
    Room 217, Federal Building & Court House
    228 Walnut Street
    Harrisburg, PA  17108

```
cc:
Judge                      (X )           ( ) Pro Se Law Clerk
Magistrate Judge           ( )            ( ) INS
U.S. Marshal               ( )            ( ) Jury Clerk
Probation                  ( )
U.S. Attorney              ( )
Atty. for Deft.            ( )
Defendant                  ( )
Warden                     ( )
Bureau of Prisons          ( )
Ct Reporter                ( )
Ctroom Deputy              ( )
Orig-Security              ( )
Federal Public Defender    ( )
Summons Issued             ( ) with N/C attached to complt. and served by:
                               U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5        ( )
Order to Show Cause        ( ) with Petition attached & mailed certified mail
                               to:  US Atty Gen  ( )   PA Atty Gen ( )
                                    DA of County ( )   Respondents ( )
```

Bankruptcy Court            (   )
Other_____(   )

MARY E. D'ANDREA, Clerk

DATE: February 28th, 2001

BY: _____
Deputy Clerk