Thursday, March 01, 2001

Honorable Judge Rambo
United States District Court
Middle District of Pennsylvania



Honorable Judge Rambo,

    Good day to you and the Court.

    I am writing to respectfully ask the Court to grant me the opportunity to be appointed counsel, I feel that the legal parameters and jargon of the case are to wide. For me to be able to argue this case in a intelligent and cohesive manner. I will not be qualified to meet the challenge of facing I.N.S. and their highly talented attorneys Petitioner contends that he would be at a disadvantage to compete with such an array of hired guns.

    Respectfully Submitted

    Paul Turpin
    NO. 1:CV-01-0168