*sealed*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL TURPIN, | CIVIL NO.1:CV-01-0168 |
| Petitioner | |
| v. | |
| IMMIGRATION and NATURALIZATION SERVICE, | FILED<br>HARRISBURG, PA<br>MAR 1 3 2001<br>MARY E. D'ANDREA, CLERK<br>PER _____ DEPUTY CLERK |
| Respondent | |

## O R D E R

Based upon Petitioner's request for appointment of counsel, received on March 8, 2001, **IT IS HEREBY ORDERED THAT**:

1) Petitioner's request for appointment of counsel is **GRANTED**. The Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania 17101, telephone number (717) 782-2237, is appointed to represent Petitioner in the captioned habeas action.

2) The Clerk of Court shall provide to the Federal Public Defender a copy of the documents in the file along with a docket sheet.

SYLVIA H. RAMBO
United States District Judge

Dated: March 13, 2001.

```
                UNITED STATES DISTRICT COURT
                         FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA

                * * MAILING CERTIFICATE OF CLERK * *

                        March 13, 2001
```

Re:  1:01-cv-00168    Turpin v. Immigration and Natu

True and correct copies of the attached were mailed by the clerk
to the following:

```
      Paul Turpin
      CTY-PIKE
      HC 8, Box 8601
      Hawley, PA  18428-8610

      Dulce Donovan, Esq.
      U.S. Attorney's Office
      228 Walnut Street
      P.O. Box 11754
      Harrisburg, PA  17108

      David Barasch
      United States Attorney's Office
      Room 217, Federal Building & Court House
      228 Walnut Street
      Harrisburg, PA  17108
```

```
cc:
Judge                         ( ✓ )              ( ) Pro Se Law Clerk
Magistrate Judge              (   )              ( ) INS
U.S. Marshal                  (   )              ( ) Jury Clerk
Probation                     (   )
U.S. Attorney                 (   )
Atty. for Deft.               (   )
Defendant                     (   )
Warden                        (   )
Bureau of Prisons             (   )
Ct Reporter                   (   )
Ctroom Deputy                 (   )
Orig-Security                 (   )
Federal Public Defender       (   )   w copy of file
Summons Issued                ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )    PA Atty Gen ( )
                                        DA of County  ( )    Respondents ( )
```

Bankruptcy Court          ( )
Other_____  ( )

MARY E. D'ANDREA, Clerk

DATE: _____3/13/01_____

BY: _____/s/_____
/Deputy Clerk