| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br>**DEPARTMENT OF JUSTICE**  FEB 1 3 2001<br>C. Signature<br>X  *Ernest P. Parker*  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>U.S. Atty. John Ashcroft<br>Room #511, Main Justice Bldg<br>10th and Constitution Ave.<br>Washington, DC. 20530 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)<br>7000 0520 0023 0168 0125 | |
| PS Form 3811, July 1999  Domestic Return Receipt  102595-00-M-0952 | |

FILED
HARRISBURG
MAR 1 3 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

3/15/

1-CV-01-1
Show Ca
Ord
2/7/01

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery  2/12/01<br>C. Signature<br>X  *M. Greene*  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Commissioner of INS<br>425 I Street, Suite 7100<br>Washington, DC. 20536 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)<br>7000 0520 0023 0168 | |
| PS Form 3811, July 1999  Domestic Return Receipt  102595-00-M-0952 | |