*see all*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL TURPIN,
    *Petitioner*

    v.

IMMIGRATION and NATURALIZATION SERVICE,
    *Respondent*

Civil No. 1:01-CV-0168

(Judge Rambo)

**FILED**
**HARRISBURG, PA**

MAR 19 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

## ORDER OF COURT

AND NOW this _____19th_____ day of March, 2001, upon consideration of the within Motion to Continue Briefing Deadline, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Petitioner's reply brief shall be due on or before April 6, 2001.

BY THE COURT:

_____
JUDGE SYLVIA H. RAMBO
United States District Court

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

March 19, 2001

Re:  1:01-cv-00168    Turpin v. Immigration and Natu

True and correct copies of the attached were mailed by the clerk to the following:

```
Paul Turpin
CTY-PIKE
HC 8, Box 8601
Hawley, PA  18428-8610

Daniel Isaiah Siegel, Esq.
100 Chestnut St.
Suite 306
Harrisburg, PA  17101

Dulce Donovan, Esq.
U.S. Attorney's Office
228 Walnut Street
P.O. Box 11754
Harrisburg, PA  17108

David Barasch
United States Attorney's Office
Room 217, Federal Building & Court House
228 Walnut Street
Harrisburg, PA  17108
```

```
cc:
Judge                   ( X )          ( ) Pro Se Law Clerk
Magistrate Judge        ( )            ( ) INS
U.S. Marshal            ( )            ( ) Jury Clerk
Probation               ( )
U.S. Attorney           ( )
Atty. for Deft.         ( )
Defendant               ( )
Warden                  ( )
Bureau of Prisons       ( )
Ct Reporter             ( )
Ctroom Deputy           ( )
Orig-Security           ( )
Federal Public Defender ( )
Summons Issued          ( ) with N/C attached to complt. and served by:
```

```
Standard Order 93-5      ( )        U.S. Marshal ( )    Pltf's Attorney ( )
Order to Show Cause      ( ) with Petition attached & mailed certified mail
                              to:  US Atty Gen    ( )    PA Atty Gen ( )
                                   DA of County   ( )    Respondents ( )
Bankruptcy Court         ( )
Other_____   ( )
                                              MARY E. D'ANDREA, Clerk

DATE: ____3/19/01____                    BY: ____ᏮᎠ_____
                                              Deputy Clerk
```