IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**PAUL TURPIN,** : **CIVIL NO.1:CV-01-0168**

    Petitioner :

v. :

**IMMIGRATION and NATURALIZATION SERVICE,** :

    Respondent :

FILED
HARRISBURG, PA
APR 0 9 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER

The background of this order is as follows: On January 26, 2001, *pro se* Petitioner filed a petition for writ of habeas corpus. On February 7, 2001, the court ordered Respondent to show cause why relief should not be granted. On February 27, 2001, Respondent filed a response to the show cause order. On March 8, 2001, Petitioner requested the court to appoint counsel to represent him, which the court granted on March 13, 2001. On April 6, 2001, Petitioner filed an amended petition for writ of habeas corpus and a brief in support. Therefore, **IT IS HEREBY ORDERED THAT**:

    1) Respondent shall show cause within twenty (20) days of the date of this order why Petitioner should not be granted habeas corpus relief.

    2) Petitioner shall, if he so desires, file a reply brief within fifteen (15) days of Respondent's brief.

SYLVIA H. RAMBO
United States District Judge

Dated: April 9, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

April 9, 2001

Re: 1:01-cv-00168    Turpin v. Immigration and Natu

True and correct copies of the attached were mailed by the clerk to the following:

```
Paul Turpin
CTY-PIKE
HC 8, Box 8601
Hawley, PA  18428-8610

Daniel Isaiah Siegel, Esq.
100 Chestnut St.
Suite 306
Harrisburg, PA  17101

Dulce Donovan, Esq.
U.S. Attorney's Office
228 Walnut Street
P.O. Box 11754
Harrisburg, PA  17108

David Barasch
United States Attorney's Office
Room 217, Federal Building & Court House
228 Walnut Street
Harrisburg, PA  17108
```

```
cc:
Judge                              (X )            ( ) Pro Se Law Clerk
Magistrate Judge                   ( )             ( ) INS
U.S. Marshal                       ( )             ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
```

```
Standard Order 93-5         ( )        U.S. Marshal  ( )     Pltf's Attorney  ( )
Order to Show Cause         ( ) with Petition attached & mailed certified mail
                                 to:   US Atty Gen   ( )     PA Atty Gen  ( )
                                       DA of County  ( )     Respondents  ( )
Bankruptcy Court            ( )
Other_____  ( )
                                                         MARY E. D'ANDREA, Clerk


    DATE: April 9th, 2001                        BY: [signature]
                                                     Deputy Clerk
```

Case 1:01-cv-00163-SHR    Document 16    Filed 04/09/2001    Page 3 of 3