18
5-1-01
MA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL TURPIN,                      )   Civil No. 1:CV-01-0168
     Petitioner                 )
                                  )   (Judge Rambo)
     v.                         )
                                  )
IMMIGRATION & NATURALIZATION      )
SERVICE,                          )
     Respondent                 )

FILED
HARRISBURG, PA
MAY 0 1 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### O R D E R

Upon consideration of Respondent's Motion for a seven-day extension of time in which to respond to the Show Cause Order, **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**.

Respondent shall file its responsive pleading on or before May 7, 2001.

_____
SYLVIA H. RAMBO
UNITED STATES DISTRICT JUDGE

Dated: May 1, 2001

```
                UNITED STATES DISTRICT COURT
                         FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA

                * * MAILING CERTIFICATE OF CLERK * *

                          May 1, 2001


Re:  1:01-cv-00168     Turpin v. Immigration and Natu



True and correct copies of the attached were mailed by the clerk
to the following:


     Paul Turpin
     CTY-PIKE
     HC 8, Box 8601
     Hawley, PA  18428-8610

     Daniel Isaiah Siegel, Esq.
     100 Chestnut St.
     Suite 306
     Harrisburg, PA  17101

     Dulce Donovan, Esq.
     U.S. Attorney's Office
     228 Walnut Street
     P.O. Box 11754
     Harrisburg, PA  17108

     David Barasch
     United States Attorney's Office
     Room 217, Federal Building & Court House
     228 Walnut Street
     Harrisburg, PA  17108
```

```
cc:
Judge                       (X )            ( ) Pro Se Law Clerk
Magistrate Judge            ( )             ( ) INS
U.S. Marshal                ( )             ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               ( )
Federal Public Defender     ( )
Summons Issued              ( ) with N/C attached to complt. and served by:
```

```
Standard Order 93-5        ( )         U.S. Marshal ( )    Pltf's Attorney ( )
Order to Show Cause        ( ) with Petition attached & mailed certified mail
                                to: US Atty Gen   ( )   PA Atty Gen  ( )
                                    DA of County  ( )   Respondents  ( )
Bankruptcy Court           ( )
Other_____ ( )
                                                    MARY E. D'ANDREA, Clerk


DATE: May 1st, 2001                         BY: [signature]
                                                 Deputy Clerk
```