● **ORIGINAL** ●

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL TURPIN, | : | CIVIL NO. 1:01-CV-0168 |
| | : | |
| Petitioner | : | (Judge Rambo) |
| | : | |
| v. | : | |
| | : | |
| IMMIGRATION AND NATURALIZATION SERVICE, | : | |
| | : | |
| Respondent | : | |

FILED
HARRISBURG, PA
MAY 0 7 2001
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### RESPONDENT'S RESPONSE TO THE AMENDED PETITION

Upon review of Petitioner's Amended Petition for Writ of Habeas Corpus, Respondent Immigration and Naturalization Service (INS) hereby notifies the Court than in responding to the allegations contained in the amended petition, Respondent INS respectfully refers the Court to its original Response filed on February 27, 2001.

Respectfully submitted,

MARTIN CARLSON
United States Attorney

*[signature]*
DULCE DONOVAN
Assistant United States Attorney
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108-1754
(717) 221-4482

Date: May 7, 2001

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

    On this 7th day of May, 2001, she served a copy of the foregoing document by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania to:

        Dan Seigel, Esquire
        Federal Public Defender's Office
        100 Chestnut Street
        Suite 306
        Harrisburg, PA  17101

                      *Kathy Enders*
                      KATHY ENDERS
                      Legal Secretary