㉕
5/14/01
~py

cc: USAtty, FPDfr cv

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL TURPIN, | CIVIL NO.1:CV-01-0168 |
| Petitioner | |
| v. | |
| IMMIGRATION and NATURALIZATION SERVICE, | FILED HARRISBURG, PA |
| Respondent | MAY 1 1 2001 |
| | MARY E. D'ANDREA, CLERK PER_____ DEPUTY CLERK |

## O R D E R

**IT IS HEREBY ORDERED THAT** oral argument will be heard in the captioned matter on Wednesday, May 16, 2001, at 1:30 p.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

The primary issue that counsel shall be prepared to address is whether INA § 212(h), codified at 8 U.S.C. § 1182(h), violates the equal protection component of the Due Process Clause of the Fifth Amendment because it provides for discretionary relief for inadmissible aliens but not for aliens, like Petitioner, who had in the past been lawfully admitted for permanent residence. Additionally, counsel shall be prepared to discuss whether Petitioner ever applied for § 212(h) relief and the attendant exhaustion of administrative remedies issue.

SYLVIA H. RAMBO
United States District Judge

Dated: March  11 , 2001.