ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL TURPIN, | : | CIVIL NO. 1:01-CV-0168 |
| | : | |
| Petitioner | : | (Judge Rambo) |
| | : | |
| v. | : | |
| | : | |
| IMMIGRATION AND NATURALIZATION SERVICE, | : | |
| | : | |
| Respondent | : | |

FILED
HARRISBURG, PA

MAY 14 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### RESPONDENT'S NOTICE TO THE COURT REGARDING RELEVANT CASE LAW OMITTED FROM ITS RESPONSE TO THE AMENDED PETITION

On May 7, 2001, counsel for Respondent Immigration and Naturalization Service (INS) notified the Court that in responding to Petitioner's Amended Petition, the INS would be relying on its original response. In so notifying the Court, counsel for the INS overlooked a decision relevant to the issues Petitioner raises regarding the constitutionality of § 212(h). The relevant case is Lara-Ruiz v. INS, 241 F.3d 934 (7th Cir. 2001). Counsel is faxing a copy of this notice to Petitioner's counsel, Dan Siegel, in order to assure he has notice of counsel's intent to rely on Lara-Ruiz at the oral argument

scheduled for 1:30 p.m. on May 18, 2001.

                              Respectfully submitted,

                              MARTIN CARLSON
                              United States Attorney

                              DULCE DONOVAN
                              Assistant United States Attorney
                              228 Walnut Street, Suite 220
                              P.O. Box 11754
                              Harrisburg, PA 17108-1754
                              (717) 221-4482

Date: May 14, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL TURPIN,                          :   CIVIL NO. 1:01-CV-0168
                                      :
      Petitioner            :   (Judge Rambo)
                                      :
      v.                    :
                                      :
IMMIGRATION AND NATURALIZATION        :
SERVICE,                              :
                                      :
      Respondent            :

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

    On this 14th day of May, 2001, she served a copy of the foregoing document by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania and by Facsimile (717-782-3881) to:

                Daniel I. Siegel
      Federal Public Defender's Office
            100 Chestnut Street
                 Suite 306
            Harrisburg, PA  17101

*Rebecca A. Plesic*
REBECCA A. PLESIC
Legal Secretary