cc: Court, KrK, MA

(23)
5-17-0
MA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Paul Turpin     **CASE NO. 1:01-CV168**

V.

**Immigration and Naturalization Service**     DATE: May 16, 2001

Judge Sylvia H. Rambo presiding in open court, Courtroom No. 3

Nature of Proceeding: Oral Argument Re. H/C Petition

Time Commenced: 1:28 PM     Time Terminated: 1:49 PM

**Plaintiff's Counsel:**     **Defendant's Counsel:**

Daniel Siegel

Dulce Donovan
Josh Braunstein

**FILED**
HARRISBURG, PA
MAY 16 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Plaintiff's Witnesses:     Defendant's Witnesses:

**Examined By:**     **Examined By:**
Dir   Cross     Dir   Cross

**Remarks:**

Court opens with all counsel present; Judge makes opening remarks re. specific issues to be discussed; Braunstein addresses issues; Siegel responds; court orders the Government to supplement the response. Court adjourns.

Courtroom Deputy: Mark Armbruster     Court Reporter: Glenda Travitz