IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL TURPIN, | CIVIL NO.1:CV-01-0168 |
| Petitioner | |
| v. | |
| IMMIGRATION and NATURALIZATION SERVICE, | FILED<br>HARRISBURG, PA<br>MAY 17 2001 |
| Respondent | MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk |

### ORDER

The court held an oral argument with counsel for the parties on May 16, 2001, to address Petitioner's equal protection argument regarding INA § 212(h), codified at 8 U.S.C. § 1182(h). At oral argument, counsel for Respondent indicated that Petitioner's past criminal history precludes him from seeking a § 212(h) waiver and, therefore, Petitioner lacks standing to present his equal protection argument. As a result, the court discontinued the oral argument to allow the parties to provide the court with briefing concerning the jurisdictional issue.

Accordingly, **IT IS HEREBY ORDERED THAT**:

(1) Respondent shall supplement the record and submit an amended response to Petitioner's amended habeas petition no later than May 25, 2001.

(2) Petitioner may file a reply brief no later than June 5, 2001.

SYLVIA H. RAMBO
United States District Judge

Dated: May 17, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 17, 2001

Re: 1:01-cv-00168   Turpin v. Immigration and Natu

True and correct copies of the attached were mailed by the clerk to the following:

Paul Turpin
CTY-PIKE
HC 8, Box 8601
Hawley, PA  18428-8610

Daniel Isaiah Siegel, Esq.
100 Chestnut St.
Suite 306
Harrisburg, PA  17101

Dulce Donovan, Esq.
U.S. Attorney's Office
228 Walnut Street
P.O. Box 11754
Harrisburg, PA  17108

```
cc:
Judge                          (X)          ( ) Pro Se Law Clerk
Magistrate Judge               ( )          ( ) INS
U.S. Marshal                   ( )          ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen   ( )   PA Atty Gen   ( )
                                       DA of County  ( )   Respondents   ( )
Bankruptcy Court               ( )
```

Other_____(  )

                                                        MARY E. D'ANDREA, Clerk

   DATE: May 17th, 2001                      BY: _____
                                                        Deputy Clerk