UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL TURPIN,<br>    Petitioner<br><br>    v.<br><br>IMMIGRATION & NATURALIZATION SERVICE,<br>    Respondent | Civil No. 1:CV-01-0168<br><br>(Judge Rambo) |

FILED
HARRISBURG, PA

MAY 24 2001

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

O R D E R

Upon consideration of Respondent's Motion for a two-week extension of time in which to respond to Petitioner's Amended Writ of Habeas Corpus Petition, **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**.

Respondent shall file its responsive pleading on or before June 8, 2001.

SYLVIA H. RAMBO
UNITED STATES DISTRICT JUDGE

Dated: May 24, 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 24, 2001

Re: 1:01-cv-00168    Turpin v. Immigration and Natu

True and correct copies of the attached were mailed by the clerk
to the following:

```
Paul Turpin
CTY-PIKE
HC 8, Box 8601
Hawley, PA  18428-8610

Daniel Isaiah Siegel, Esq.
100 Chestnut St.
Suite 306
Harrisburg, PA  17101

Dulce Donovan, Esq.
U.S. Attorney's Office
228 Walnut Street
P.O. Box 11754
Harrisburg, PA  17108
```

```
cc:
Judge                         (X)          ( ) Pro Se Law Clerk
Magistrate Judge              ( )          ( ) INS
U.S. Marshal                  ( )          ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to: US Atty Gen  ( )   PA Atty Gen  ( )
                                       DA of County ( )   Respondents  ( )
Bankruptcy Court              ( )
```

Other_____( )

DATE: May 24th, 2001

MARY E. D'ANDREA, Clerk

BY: *[signature]*
Deputy Clerk