ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL TURPIN, | ) | Civil No. 1:CV-01-0168 |
| | ) | |
| Petitioner, | ) | |
| | ) | (Judge Rambo) |
| v. | ) | |
| | ) | |
| IMMIGRATION & NATURALIZATION | ) | |
| SERVICE, | ) | |
| Respondent. | ) | |

### ENTRY OF APPEARANCE

Please enter my appearance in the above-captioned case.

JOSHUA E. BRAUNSTEIN
Office of Immigration Litigation
U.S. Department of Justice
Civil Division
P.O. Box 878
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 305-0194
Facsimile: (202) 616-9777

Date: June 8, 2001          Attorney for Respondents

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL TURPIN, | ) | Civil No. 1:CV-01-0168 |
| | ) | |
| Petitioner, | ) | |
| | ) | (Judge Rambo) |
| v. | ) | |
| | ) | |
| IMMIGRATION & NATURALIZATION SERVICE, | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 8th day of June 2001, she served a copy of the attached

**ENTRY OF APPEARANCE**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE(S)
Daniel Siegel, Esquire
Federal Public Defender's Office
100 Chestnut Street
Suite 306
Harrisburg, PA 17101

*Dawn L. Mayko*
Dawn L. Mayko
Legal Secretary

13