# ORIGINAL

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL TURPIN, | ) | Civil No. 1:CV-01-0168 |
| | ) | |
| Petitioner, | ) | |
| | ) | (Judge Rambo) |
| v. | ) | |
| | ) | |
| IMMIGRATION & NATURALIZATION | ) | |
| SERVICE, | ) | |
| Respondent. | ) | |

**FILED**
**HARRISBURG**

JUN 0 8 2001

MARY E. D'ANDREA, CLERK
Per____ DEPUTY CLERK

---

### EXHIBITS TO RESPONDENT'S SUPPLEMENTAL RESPONSE
### TO PETITION FOR A WRIT OF HABEAS CORPUS

---

STUART E. SCHIFFER
Acting Assistant Attorney General
Civil Division

EMILY ANNE RADFORD
Assistant Director

JOSHUA E. BRAUNSTEIN
Office of Immigration Litigation
U.S. Department of Justice
Civil Division
P.O. Box 878
Ben Franklin Station
Washington, D.C.  20044

MARTIN C. CARLSON
UNITED STATES ATTORNEY

DULCE DONOVAN
Assistant U.S. Attorney
P.O. Box 11754
Harrisburg, PA 17108
(717) 221-4482

Attorneys for Appellee

## INDEX

| DOCUMENT | TAB |
|---|---|
| New York City Police Department Arrest Report For Paul Turpin, Age 34 | 1 |
| New York City Police Department Arrest Report For Paul Turpin a/k/a Ralph Smith, Age 27 | 2 |
| New York City Police Department Arrest Report For Paul Turpin a/k/a Christ, Age 22 | 3 |
| New York City Police Department Arrest Report For Ralph Smith, Age 20 | 4 |
| McKinney's Consolidated Laws of New York Annotated Chapter 40, Section 220.03 | 5 |
| McKinney's Consolidated Laws of New York Annotated Chapter 40, Section 220 | 6 |
| McKinney's Consolidated Laws of New York Annotated Chapter 40, Section 220.06 | 7 |

EXHIBIT 1

```
| NEW YORK CITY POLICE DEPT ARREST REPORT RUN DATE 05/23/01 RUN TIME 10:30:56 |
|*****************************************************************************|
| DEFENDANT INFORMATION                              ARREST ID: K97036220     |
| NAME:TURPIN        PAUL          SEX:M RACE:BLACK      DOB:11/28/62 AGE: 34  |
| AKA:                 CITZ? YES POB:NEW YORK             PHONE:(___)___-____  |
|                                                                             |
| ADDR: 53   CHAUNCEY ST  BROOKLYN    NY    RES PCT: 081                       |
| SKIN TONE: DARK   HGT: 5'07" WGT: 150 EYE COLOR: BROWN  HAIR COLOR:BLACK     |
| SOC STATUS: SINGLE     SOC SEC #: ___-__-____     DEFT/VICT RELAT: NONE      |
| PHYSICAL COND: APPARENTLY NORMAL        TYPE DRUG USED: NONE                 |
| OCCUPATIONAL AREA: OTHER                                                     |
| LICENSE/PERMIT TYPE(EXC DRIVER/OPR/REG): _____   NO: _____           |
| CALLS: NO:_____   NAME: _____   NO: _____   NAME: _____         |
| ORACLE# 17450995 NYSID# 4256978H FAX# KD026779 ARR.PROC: LIVE SCAN          |
|                                                                             |
|*****************************************************************************|
| NARRATIVE: AT T/P/O PERP WAS FOUND TO BE IN POSSESSION OF A Q               |
|            UANTITY OF CONTROLLED SUBSTANCE                                   |
|                                                                             |
|*****************************************************************************|
| CHARGES INFORMATION                                                         |
|                  ATT  LAW   SEC SUB  CLS TYPE CTS     DESCRIPTION            |
| TOP CHARGE-->  | N | PL | 220.03 00 | M | A | 01 | CPCS 7                    |
| TOTAL CHARGES  | _ |____|           | _ |   |____|                           |
| COUNT = 01     |   |    |           |   |   |    |                           |
|                | _ |    |           | _ |   |    |                           |
|                | _ |    |           | _ |   |    |                           |
|*****************************************************************************|
| ARREST RELATED INFORMATION              | DAT? NO                           |
|                                                                             |
| TIME 15:00 DATE 04/29/97 CMD 079   *************************************     |
| WEAPON POSS/USED:NONE                  ARREST LOC: 1058 BEDFORD AV           |
| NUM OF ASSOC:00                                                             |
| PROPERTY VOUCHERS:    NONE                                                  |
|                                                                             |
|                                                                             |
|*****************************************************************************|
| COMPLAINANT/UF-61/VICTIM INFORMATION                                        |
| IS COMPL A CORP? NO   OR PSNY? NO   OR DISABLED? NO   TOTAL VICTIMS = 00     |
| COMPL NAME: _____           SEX: _ RACE: _____       AGE:__        |
| ADDR: _____                        TEL NUM: (___)___-____         |
| AIDED NO: _____  AIDED CMD: ___  ACC NO: _____  ACC CMD:                   |
| UF-61: NO:999999 CMD 079 SECTOR:ZZ JURISDICTION: N.Y. POLICE DEPT           |
| TIME & DATE OF OCCURRENCE:   15:00  ON  04/29/97   METHOD: ____              |
| PREMISES:COMMERCIAL BUILDING      LOCATION:1058 BEDFORD AV                   |
|*****************************************************************************|
| ARRESTING OFFICER INFORMATION                                               |
| NAME:DONOGHUE       DENIS    C RANK:POM TAX NUMBER: 899155    SHIELD:05572   |
| DEPT:NYPD CMD:SATNOPS CHART: OTHER              SQUAD: 01    ASGN:INVST      |
|                                                                             |
| OFFICER:  INJURED? NO    ASSIGNED? NO    ON DUTY? YES   IN UNIFORM? NO       |
| USED FORCE? NO  TYPE: _____           REASON: _____                |
```

```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS                        CERTIFICATE OF DISPOSITION
                                          NUMBER:   75518

THE PEOPLE OF THE STATE OF NEW  YORK
              VS

TURPIN            PAUL                     11/28/1962
------------------------------------    ---------------------------
DEFENDANT                               DATE OF BIRTH

53     CHAUNCEY ST                         004256978H
------------------------------------    ---------------------------
ADDRESS                                 NYSID NUMBER

BROOKLYN           NY                      04/29/1997
------------------------------------    ---------------------------
CITY            STATE   ZIP             DATE OF ARREST/ISSUE

DOCKET NUMBER: 97K034399                SUMMONS NO:

220.03
----------------------------------------------------------------------
ARRAIGNMENT CHARGES


CASE DISPOSITION INFORMATION:

   DATE         COURT ACTION             JUDGE              PART
---------   ------------------------   --------------------   ----------
04/30/1997  PLED GUILTY & SENTENCE IMPOSED  SMITH,K          APAR2
            PG 220.03
            IMPRISONMENT=7D
```

     I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

-------------------------------------       05/23/2001
COURT OFFICIAL SIGNATURE AND SEAL           ----------   FEE: NONE
                                            DATE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
          SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

EXHIBIT 2

Case 1:01-cv-00183-SHR Document 28 Filed 06/08/2001 Page 7 of 25

```
| NEW YORK CITY POLICE DEPT ARREST REPORT RUN DATE 05/23/01 RUN TIME 10:30:25|
+*************************************************************************+
| DEFENDANT INFORMATION                              ARREST ID: K96034943 |
| NAME:TURPIN        PAUL           SEX:M RACE:BLACK     DOB:11/28/68 AGE: 27|
| AKA: SMITH,RALPH      CITZ? YES POB:NEW YORK           PHONE:(718)399-7241|
|                                                                         |
| ADDR: 302   QUINCY ST   BKLYN      NY      RES PCT: 079                  |
| SKIN TONE: DARK   HGT: 5'07" WGT: 145 EYE COLOR: BROWN  HAIR COLOR:BLACK |
| SOC STATUS: SINGLE     SOC SEC #: 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  DEFT/VICT RELAT: NONE     |
| PHYSICAL COND: APPARENTLY NORMAL        TYPE DRUG USED: CRACK            |
| OCCUPATIONAL AREA: NONE                                                  |
| LICENSE/PERMIT-TYPE(EXC DRIVER/OPR/REG): _____     NO: _____ |
| CALLS: NO:_____    NAME: _____  NO:_____    NAME: _____  |
| ORACLE# 18370945 NYSID# 4256978H FAX# K0025454 ARR.PROC: A/O,PRIS.PRESENT,C|
|                                                                         |
|                                                                         |
|                                                                         |
|                                                                         |
+*************************************************************************+
| NARRATIVE: WHILE EXECUTING A BENCH WARR -DEF -DKT#96K015883             |
|           AND 96K012603- DEF WAS FOUND HIDDING IN THE CLOSET            |
|           W/FOUND NARCAITICS ON DEF BED -BWTN BED/MATTRESS.             |
|*************************************************************************|
| CHARGES INFORMATION                                                     |
|               ATT  LAW   SEC SUB  CLS TYPE CTS       DESCRIPTION        |
| TOP CHARGE-->  | N | PL | 220.06 01 | F | D | 01 | CPCS-5               |
| TOTAL CHARGES.| N | PL | 220.31 00 | F | D | 01 | CSCS-5               |
| COUNT = 05    | N | PL | 205.30 00 | M | A | 01 | RESIST ARREST        |
|               | N | PL | 195.05 00 | M | A | 01 | OBS GOVT ADMN 2      |
|               | N | PL | 220.03 00 | M | A | 01 | CPCS-7               |
|*************************************************************************|
| ARREST RELATED INFORMATION              | DAT? NO                        |
|                                                                         |
| TIME 07:43 DATE 05/09/96 CMD 079   ***********************************  |
| WEAPON POSS/USED:NONE              ARREST LOC: 302 QUINCY ST            |
| NUM OF ASSOC:02 ASSOC ARREST-IDS #1: _____  #2: _____          |
| PROPERTY VOUCHERS:                                                      |
|     1 NO:G389867   CMD:079 VAL:UNKNOWN    TYP:DRUGS/NARCOTICS           |
|     2 NO:G389866   CMD:079 VAL:UNKNOWN    TYP:CURRENCY - US             |
|                                                                         |
|*************************************************************************|
| COMPLAINANT/UF-61/VICTIM INFORMATION                                    |
| IS COMPL A CORP? NO   OR PSNY? YES  OR DISABLED? NO   TOTAL VICTIMS = 00 |
| COMPL NAME: _____                                 |
| ADDR: _____      TEL NUM: (____)_____-_____       |
| AIDED NO: _____ AIDED CMD: ____ ACC NO: _____ ACC CMD: ____     |
| UF-61: NO:999999 CMD:079 SECTOR:XX JURISDICTION: N.Y. POLICE DEPT       |
| TIME & DATE OF OCCURRENCE:   07:43   ON   05/09/96   METHOD: _____    |
| PREMISES:RESIDENCE APT/HOME       LOCATION:302 QUINCY ST**:             |
|*************************************************************************|
| ARRESTING OFFICER INFORMATION                                           |
| NAME:ROSADO        SONIA      RANK:POF TAX NUMBER: 907205   SHIELD:20343|
| DEPT:NYPD CMD:079 PCT CHART: UNKNOWN          SQUAD: 90    ASSN:UNIFO    |
|                                                                         |
| OFFICER: INJURED? NO    ASSIGNED? NO    ON DUTY? YES   IN UNIFORM? NO    |
| USED FORCE? NO  TYPE:_____       REASON: _____     |
```

```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS                         CERTIFICATE OF DISPOSITION
                                             NUMBER:   75519
THE PEOPLE OF THE STATE OF NEW  YORK
                VS

TURPIN          PAUL                        11/28/1968
------------------------------------    --------------------------
DEFENDANT                               DATE OF BIRTH

302    QUINCY ST                            004256978H
------------------------------------    --------------------------
ADDRESS                                 NYSID NUMBER

BKLYN               NY                      05/09/1996
------------------------------------    --------------------------
CITY            STATE  ZIP              DATE OF ARREST/ISSUE

DOCKET NUMBER: 96K035409                SUMMONS NO:

220.03 205.30 220.03
-----------------------------------------------------------------------
ARRAIGNMENT CHARGES


CASE DISPOSITION INFORMATION:

   DATE         COURT ACTION             JUDGE           PART
----------  -------------------------  --------------------  ----------
05/10/1996  PLED GUILTY & SENTENCE IMPOSED  ROONEY,S        APAR3A
            PG 220.03
            IMPRISONMENT=10D
```

        I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

                                        05/23/2001
------------------------------------    ----------    FEE: NONE
COURT OFFICIAL SIGNATURE AND SEAL          DATE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

EXHIBIT 3

| NEW YORK CITY POLICE DEPT ARREST REPORT RUN DATE 05/23/91 RUN TIME 10:28:57 |

```
*************************************************************************
DEFENDANT INFORMATION                          ARREST ID: Q82008138
NAME:TURPIN        PAUL          SEX:M RACE:BLACK      DOB:11/28/59 AGE: 22
AKA: CHRIST                      CITZ? YES POB: _____  PHONE:(___) ___-____

ADDR: 104-41 142 STREET    JAMAICA    NY      RES PCT: 103
SKIN TONE: DARK    HGT: 5'07" WGT: 140 EYE COLOR: BROWN  HAIR COLOR:BROWN
SOC STATUS: SINGLE      SOC SEC #: ___-__-____    DEFT/VICT RELAT: NONE
PHYSICAL COND: APPARENTLY NORMAL        TYPE DRUG USED: NONE
OCCUPATIONAL AREA: NONE
LICENSE/PERMIT-TYPE(EXC DRIVER/OPR/REG): _____  NO: _____
CALLS: NO:(212)322-6937 NAME: ELIZABETH  NO: _____  NAME: _____
ORACLE# 16302942 NYSID# 4256979H FAX# _____ ARR.PROC: _____
```

```
*************************************************************************
NARRATIVE: DEFT A/C AT T/P/O DEFT DID LOITER AT A DRUG PRONE
           LOCATION WITH 4 OTHERS FOR THE PURPOSE OF POSS & S
           ELLING DRUGS & DID HAVE HERION IN HIS POSS.
*************************************************************************
```

```
CHARGES INFORMATION
              ATT  LAW   SEC SUB  CLS TYPE CTS      DESCRIPTION
TOP CHARGE--->  N | PL | 220.09 01 | F | C | 01 | CPCS-4
TOTAL CHARGES | N | PL | 220.03 00 | M | A | 01 | CPCS-7
COUNT = 03    | N | PL | 240.36 00 | M | B | 01 | LOITERING-1
              |   |    |           |   |   |    |
              |   |    |           |   |   |    |
```

```
*************************************************************************
ARREST RELATED INFORMATION              | DAT? NO

TIME 17:40 DATE 04/29/82 CMD 103   *************************************
WEAPON POSS/USED:NONE               ARREST LOC: 107-21 SUTPHIN BLVD.
NUM OF ASSOC:04 ASSOC ARREST-IDS #1: Q82008135 #2: Q82008137 #3: Q82008139
PROPERTY VOUCHERS:
     1 NO:B173028    CMD:103 VAL:LT $100    TYP:CURRENCY - US
     2 NO:B173029    CMD:103 VAL:N/A        TYP:COCAINE & DERIVATIVE
     3 NO:B173030    CMD:103 VAL:N/A        TYP:COCAINE & DERIVATIVE
*************************************************************************
COMPLAINANT/UF-61/VICTIM INFORMATION
IS COMPL A CORP? NO   OR PSNY? YES  OR DISABLED? NO    TOTAL VICTIMS = 00
COMPL NAME: _____
ADDR: _____              TEL NUM: (___) ___-____
AIDED NO: _____ AIDED CMD: ___ ACC NO: _____ ACC CMD: ____
UF-61:  NO:005086 CMD:103 SECTOR:M  JURISDICTION: N.Y. POLICE DEPT
TIME & DATE OF OCCURRENCE:   17:40   ON   04/27/82    METHOD: _____
PREMISES:STREET             LOCATION:NOT ENTERED ON DATABASE
*************************************************************************
ARRESTING OFFICER INFORMATION
NAME:MARKART        WILLIAM  J RANK:POM TAX NUMBER: 841409     SHIELD: _____
DEPT:NYPD CMD:103 PCT CHART: ACU DUTY CT           SQUAD: 99    ASSN:INVST

OFFICER:  INJURED? NO    ASSIGNED? NO    ON DUTY? YES   IN UNIFORM? NO
USED FORCE? NO  TYPE: _____            REASON: _____
```

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

CERTIFICATE OF DISPOSITION

13834

THE PEOPLE OF THE STATE OF NEW YORK

against

Paul Turpin

Defendant

NO FEE

On Indictment 8170-82    for

No.    DOCKET # 2Q009231
ARREST # 10308138 /82
Filed    ARREST DATE 4-29-82 19

I DO CERTIFY that it appears from an examination of the Records on file in this office,

That on 4-19-84    19    the defendant was convicted of the crime of

Criminal Poss Controlled Sub 50

Felony
a Misdemeanor

That on 5-10-94    19    upon the aforesaid conviction by Plea

the Honorable Brennan    then a Justice of this Court, sentenced the defendant to

1-3 year NYSDC

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal this    day of

MAY    2001    Gloria D'Embro

County Clerk and Clerk of the Supreme Court
Queens County.

NO FEE
FOR OFFICIAL USE

EXHIBIT 4

CRIMINAL COURT OF THE CITY OF NEW YORK

CERTIFICATE OF DISPOSITION

**F** 446486                             NO FEE

Docket Number _4Q 000201_____ Year _84_

THE PEOPLE OF THE STATE OF NEW YORK

VS.

_Ralph Smith_                          _20_
Name                                   Date of Birth/Age

_2201 Andrew Ave, Bronx_
Address                    City/State              Zip

Date of Offense _1-3-84_

_PL 220.16_
Original Offense(s)

_PL 220.03_
Final Offense(s)

D
I   _Plea Guilty_
S
P   _90 days Jail_
O
S
I
T
I
O
N

Date of Disposition _4-19-84_____   Date of Sentence _4-19-84_

_____   _Queens_        _O'Donoghue_
Part          County              Judge

**NO FEE CERTIFICATION**

☒ Government Agency   ☐ Counsel Assigned   ☐ No record of attorney readily available. Defendant states counsel was assigned.  **SOURCE:** ☒ Accusatory Instrument ☐ Docket Book/CRIMS ☐ CRC 3030 [CRC 963]

**ISSUED BY:**

_CCO_              _Queens_                _5-24-01_
Part               County                 Date

I hereby certify that this is a true excerpt of the record on file in this Court.

_B. Felch_                              _S.C.C._
Court Official (Signature)              Title

**CRC 3039 (11/92)** [CRC 225G]

```
| NEW YORK CITY POLICE DEPT ARREST REPORT RUN DATE 05/25/01 RUN TIME 10:29:45|
*****************************************************************************
| DEFENDANT INFORMATION                           ARREST ID: QS4000145      |
| NAME:SMITH        RALPH          SEX:M RACE:BLACK       DOB:11/28/63 AGE: 20|
| AKA:              CITZ? YES POB:NEW YORK             PHONE:(___)___-____    |
|                                                                            |
| ADDR: 2201   ANDREW AVE   BRONX      NY      RES PCT: 046                   |
| SKIN TONE: MEDIUM HGT: 5'09" WGT: 135 EYE COLOR: BROWN  HAIR COLOR:BLACK   |
| SOC STATUS: SINGLE     SOC SEC #: 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  DEFT/VICT RELAT: UNKNOWN    |
| PHYSICAL COND: UNKNOWN                   TYPE DRUG USED: NONE              |
| OCCUPATIONAL AREA: NONE                                                    |
| LICENSE/PERMIT-TYPE(EXC DRIVER/OPR/REG): _____  NO: _____   |
| CALLS: NO:(212)365-7731 NAME: SUE      NO:_____   NAME: _____    |
| ORACLE# 17350942 NYSID# 4256970H FAX# _____ ARR.PROC: A/O,PRIS.PRESENT,C|
|                                                                            |
*****************************************************************************
| NARRATIVE: DEFT A/C WAS IN POSS OF 17 TIN FOILS OF COCAINE IN              |
|            EXCESS OF 1/8 OZ PACKAGED IN A WAY COMMONLY WRAP-               |
|            PED FOR INDIVIDUAL SALE.                                        |
*****************************************************************************
| CHARGES INFORMATION                                                        |
|              ATT  LAW   SEC SUB  CLS TYPE CTS      DESCRIPTION             |
| TOP CHARGE--> | N | PL | 220.16 01 | F | B | 01 | CPCS-3                    |
| TOTAL CHARGES | N | PL | 220.03 00 | M | A | 01 | CPCS-7                    |
| COUNT = 02    |   |    |           |   |   |    |                           |
|               |   |    |           |   |   |    |                           |
|               |   |    |           |   |   |    |                           |
*****************************************************************************
| ARREST RELATED INFORMATION              | DAT? NO                          |
|                                                                            |
| TIME 13:50 DATE 01/03/84 CMD 103   ****************************************|
| WEAPON POSS/USED:NONE                 ARREST LOC: F/O 106 43 150 ST        |
| NUM OF ASSOC:00                                                            |
| PROPERTY VOUCHERS:                                                         |
|       1 NO:B697163   CMD:103 VAL:N/A        TYP:DRUGS/NARCOTICS            |
|                                                                            |
*****************************************************************************
| COMPLAINANT/UF-61/VICTIM INFORMATION                                       |
| IS COMPL A CORP? NO   OR PSNY? YES  OR DISABLED? NO    TOTAL VICTIMS = 00  |
| COMPL NAME: _____                                        |
| ADDR: _____      TEL NUM: (___)___-____             |
| AIDED NO: _____ AIDED CMD: ___ ACC NO: _____ ACC CMD: ____           |
| UF-61:  NO:000080 CMD:103 SECTOR:0M JURISDICTION: N.Y. POLICE DEPT         |
| TIME & DATE OF OCCURRENCE:   13:50  ON  01/03/84    METHOD:               |
| PREMISES:STREET                     LOCATION:F/O 100 43 150 ST             |
*****************************************************************************
| ARRESTING OFFICER INFORMATION                                              |
| NAME:MARKART        WILLIAM  J RANK:POM TAX NUMBER: 841409   SHIELD:04886  |
| DEPT:NYPD CMD:103 PCT CHART: OTHER              SQUAD: 00    ASSN:OTHER    |
|                                                                            |
| OFFICER:  INJURED? NO    ASSIGNED? NO   ON DUTY? YES   IN UNIFORM? NO      |
| USED FORCE? NO  TYPE:_____        REASON:_____  |
```

EXHIBIT 5

| | | | |
|---|---|---|---|
| Citation | Found Document | Rank 1 of 1 | Database |
| NY PENAL S 220.03 | | | NY-ST-ANN |
| McKinney's Penal Law § 220.03 | | | |

▷

## MCKINNEY'S CONSOLIDATED LAWS OF NEW YORK ANNOTATED
## PENAL LAW
### CHAPTER 40 OF THE CONSOLIDATED LAWS
### PART THREE--SPECIFIC OFFENSES
### TITLE M--OFFENSES AGAINST PUBLIC HEALTH AND MORALS
### ARTICLE 220--CONTROLLED SUBSTANCES OFFENSES

Copr. © West Group 2001. All rights reserved.

Current through L.2000

§ 220.03 Criminal possession of a controlled substance in the seventh degree

A person is guilty of criminal possession of a controlled substance in the seventh degree when he knowingly and unlawfully possesses a controlled substance.

Criminal possession of a controlled substance in the seventh degree is a class A misdemeanor.

CREDIT(S)

1999 Main Volume

(Added L.1973, c. 276, § 19;  amended L.1978, c. 772, § 4;  L.1979, c. 410, § 11.)

<General Materials (GM) - References, Annotations, or Tables>

HISTORICAL AND STATUTORY NOTES

1999 Main Volume

**L.1979, c. 410 legislation**

L.1979, c. 410, § 11, eff. Sept. 1, 1979, substituted "seventh" for "eighth" wherever appearing.

**Derivation**

Former § 220.05, added L.1965, c. 1030, § 1;  amended L.1969, c. 788, § 1;  and repealed by L.1973, c. 276, § 18. Said former § 220.05 was from Penal Law of 1909 §§ 1747-b, 1747-c, 1747-d, and 1751-a.  Said § 1747-b, added L.1965, c. 323, § 4;  and repealed by Penal Law § 500.05, was from a prior § 1747-b, added L.1946, c. 597, § 3; and repealed by L.1965, c. 323, § 3.  Said § 1747-c was added L.1956, c. 644, § 1;  and repealed by L.1965, c. 323, § 1.  Said § 1747-d was added L.1965, c. 332, § 1;  and repealed by Penal Law § 500.05.  Said § 1751-a was added L.1938, c. 168, § 2; amended L.1954, c. 239, § 2;  L.1956, c. 528, § 1;  L.1957, c. 816, § 2;  L.1957, c. 817, § 1; L.1962, c. 113, § 1;  and repealed by Penal Law § 500.05.

PRACTICE COMMENTARY

1999 Main Volume

by William C. Donnino

Copr. © West 2001 No Claim to Orig. U.S. Govt. Works

EXHIBIT 6

Citation          Found Document        Rank 1 of 1        Database
NY PENAL S 220.00                                                         NY-ST-ANN
 McKinney's Penal Law § 220.00
▷

## MCKINNEY'S CONSOLIDATED LAWS OF NEW YORK ANNOTATED
## PENAL LAW
### CHAPTER 40 OF THE CONSOLIDATED LAWS
### PART THREE--SPECIFIC OFFENSES
### TITLE M--OFFENSES AGAINST PUBLIC HEALTH AND MORALS
### ARTICLE 220--CONTROLLED SUBSTANCES OFFENSES

Copr. © West Group 2001. All rights reserved.

Current through L.2000

§ 220.00 Controlled substances; definitions

1. "Sell" means to sell, exchange, give or dispose of to another, or to offer or agree to do the same.

2. "Unlawfully" means in violation of article thirty-three of the public health law.

3. "Ounce" means an avoirdupois ounce as applied to solids or semisolids, [FN1] and a fluid ounce as applied to liquids.

4. "Pound" means an avoirdupois pound.

5. "Controlled substance" means any substance listed in schedule I, II, III, IV or V of section thirty-three hundred six of the public health law other than marihuana, but including concentrated cannabis as defined in paragraph (a) of subdivision four of section thirty-three hundred two of such law.

6. "Marihuana" means "marihuana" or "concentrated cannabis" as those terms are defined in section thirty-three hundred two of the public health law.

7. "Narcotic drug" means any controlled substance listed in schedule I(b), I(c), II(b) or II(c) other than methadone.

8. "Narcotic preparation" means any controlled substance listed in schedule III(d) or III(e).

9. "Hallucinogen" means any controlled substance listed in schedule I(d) (5), (18), (19), (20), (21) and (22).

10. "Hallucinogenic substance" means any controlled substance listed in schedule I(d) other than concentrated cannabis, lysergic acid diethylamide, or an hallucinogen.

11. "Stimulant" means any controlled substance listed in schedule I(f), II(d).

12. "Dangerous depressant" means any controlled substance listed in schedule I(e)(2), (3), II(e), III(c)(3) or IV(c)(2), (31), (32), (40).

13. "Depressant" means any controlled substance listed in schedule IV(c) except (c)(2), (31), (32), (40).

14. "School grounds" means (a) in or on or within any building, structure, athletic playing field, playground or land contained within the real property boundary line of a public or private elementary, parochial, intermediate, junior high, vocational, or high school, or (b) any area accessible to the public located within one thousand feet of the real property boundary line comprising any such school or any parked automobile or other parked vehicle located within one thousand feet of the real property boundary line comprising any such school. For the purposes of this section an

"area accessible to the public" shall mean sidewalks, streets, parking lots, parks, playgrounds, stores and restaurants.

15. "Prescription for a controlled substance" means a direction or authorization, by means of an official New York state prescription form, a written prescription form or an oral prescription, which will permit a person to lawfully obtain a controlled substance from any person authorized to dispense controlled substances.

CREDIT(S)

1999 Main Volume

(Added L.1973, c. 276, § 19;  amended L.1973, c. 1051, §§ 6, 7;  L.1975, c. 785, § 1;  L.1977, c. 360, § 4;  L.1978, c. 772, § 3;  L.1981, c. 455, § 3; L.1981, c. 474, § 3;  L.1985, c. 341, § 1;  L.1985, c. 664, § 2;  L.1986, c. 118, § 1; L.1986, c. 280, § 3;  L.1994, c. 292, § 1;  L.1998, c. 537, § 13, eff. Nov. 1, 1998.)

[FN1]  So in original.  Probably should be "semi-solid".

<General Materials (GM) - References, Annotations, or Tables>

HISTORICAL AND STATUTORY NOTES

1999 Main Volume

**L.1998, c. 537 legislation**

Subd. 5.  L.1998, c. 537, § 13, substituted "four" for "five".

**L.1994, c. 292 legislation**

Subd. 14.  L.1994, c. 292, § 1, eff. Nov. 1, 1994, designated portion of existing subd. as subpar. (a), substituted subpar. (b) for provision including property within 1000 feet of property line and added sentence defining "area accessible to the public".

**Derivation**

Former § 220.00, added L.1972, c. 878, § 3;  and repealed by L.1973, c. 276, § 18.  Said former § 220.00 was from a prior § 220.00, added L.1965, c. 1030, §

Copr. © West 2001 No Claim to Orig. U.S. Govt. Works

See Practice Commentary at the beginning of Penal Law article 220; it can be found in the General Material for this section.

## PRACTICE COMMENTARIES CITED

### 1999 Main Volume

U.S. v. Neal, C.A.4 (W.Va.) 1994, 27 F.3d 90.

People v. Mizell, 1988, 72 N.Y.2d 651, 536 N.Y.S.2d 21, 532 N.E.2d 1249.

## AMERICAN LAW REPORTS

Conviction of possession of illicit drugs found in premises of which    defendant was in nonexclusive possession. 56 ALR3d 948.

Conviction of possession of illicit drugs found in automobile of which defendant was not sole occupant. 57 ALR3d 1319.

## LIBRARY REFERENCES

### 1999 Main Volume

American Digest System
  Drugs and Narcotics ☞62 to 67.

Encyclopedias
  C.J.S. Drugs and Narcotics §§ 154 to 163, 166.

Texts and Treatises
  33 NY Jur 2d, Criminal Law § 1446.
  97 NY Jur 2d, Statutes § 183.
  25 Am Jur 2d, Drugs, Narcotics, and Poisons §§ 2, 16, 17.
  3 CJI (NY) PL 220.03 p 1674.

## NOTES OF DECISIONS

**Agency 10**
  **Construction and application 2**
**Constructive possession 6**
**Elements of offense 3**
**Knowledge or intent 8**
**Lesser included offenses 4**
**Possession 5, 6**
    **Possession - In general 5**
    **Possession - Constructive possession 6**
**Quantity possessed 7**
**Unlawfulness of possession 9**
**Validity 1**

**1. Validity**

Although there is disagreement regarding effects of marijuana, it would be inappropriate for a court to prematurely remove marijuana from the legislature's consideration by classifying its personal possession as constitutionally protected right;  hence, defendant's possession in his home of nine marijuana plants was not constitutionally

Copr. © West 2001 No Claim to Orig. U.S. Govt. Works

protected and resulting conviction of criminal possession of a controlled substance in the seventh degree did not violate his right to privacy. People v. Shepard, 1980, 50 N.Y.2d 640, 431 N.Y.S.2d 363, 409 N.E.2d 840.

## 2. Construction and application

Existence of statutory scheme in Public Health Law § 3300 et seq. delineated in Controlled Substances Act targeted essentially to civil prosecution of noncriminal offenses does not in any way bar district attorney from enforcing this section relating to narcotics enforcement, especially where additional material elements which must be proven to sustain a criminal conviction, viz., "knowing and unlawful" possession of controlled substance, are present. People v. Garthaffner, 1982, 115 Misc.2d 93, 454 N.Y.S.2d 583.

The reverse sale law enforcement technique for enforcing the controlled substances laws, whereby an undercover officer would sell a controlled substance to a purchaser and then arrest the purchaser for illegal possession of the controlled substance, is not authorized under New York law. Op.Atty.Gen. 86-F14.

## 3. Elements of offense

Buying drugs is not alone a crime, although buyer may be convicted of illegal possession. People v. Lam Lek Chong, 1978, 45 N.Y.2d 64, 407 N.Y.S.2d 674, 379 N.E.2d 200, certiorari denied 99 S.Ct. 330, 439 U.S. 935, 58 L.Ed.2d 331.

To sustain conviction of possession of controlled substance, in its simplest form, prosecution must prove beyond reasonable doubt the presence of controlled substance, that it was physically or constructively possessed by accused and that possession was knowing and unlawful. People v. Sierra, 1978, 45 N.Y.2d 56, 407 N.Y.S.2d 669, 379 N.E.2d 196.

Crime of possessing dangerous drugs requires a physical or constructive possession with actual knowledge of the nature of the possessed substance. People v. Reisman, 1971, 29 N.Y.2d 278, 327 N.Y.S.2d 342, 277 N.E.2d 396, certiorari denied 92 S.Ct. 1315, 405 U.S. 1041, 31 L.Ed.2d 582. See, also, People v. Patello, 1973, 41 A.D.2d 954, 344 N.Y.S.2d 33.

Actual or constructive possession, with actual knowledge of nature of

Copr. © West 2001 No Claim to Orig. U.S. Govt. Works

Client Identifier: **LKJ**
Date of Request: 05/23/2001
The Current Database is NY-ST-ANN

EXHIBIT 7

| Citation | Found Document | Rank 1 of 1 | Database |
|---|---|---|---|
| NY PENAL S 220.06 | | | NY-ST-ANN |
| McKinney's Penal Law § 220.06 | | | |

▷

## MCKINNEY'S CONSOLIDATED LAWS OF NEW YORK ANNOTATED
### PENAL LAW
### CHAPTER 40 OF THE CONSOLIDATED LAWS
### PART THREE--SPECIFIC OFFENSES
### TITLE M--OFFENSES AGAINST PUBLIC HEALTH AND MORALS
### ARTICLE 220--CONTROLLED SUBSTANCES OFFENSES

Copr. © West Group 2001.  All rights reserved.

Current through L.2000

§ 220.06 Criminal possession of a controlled substance in the fifth degree

A person is guilty of criminal possession of a controlled substance in the fifth degree when he knowingly and unlawfully possesses:

1. a controlled substance with intent to sell it;  or

2. one or more preparations, compounds, mixtures or substances containing a narcotic preparation and said preparations, compounds, mixtures or substances are of an aggregate weight of one-half ounce or more;  or

3. phencyclidine and said phencyclidine weighs fifty milligrams or more;  or

4. one or more preparations, compounds, mixtures or substances containing concentrated cannabis as defined in paragraph (a) of subdivision four of section thirty-three hundred two of the public health law and said preparations, compounds, mixtures or substances are of an aggregate weight of one-fourth ounce or more;  or

5. cocaine and said cocaine weighs five hundred milligrams or more.

6. ketamine and said ketamine weighs more than one thousand milligrams;  or

7. ketamine and has previously been convicted of possession or the attempt to commit possession of ketamine in any amount.

Criminal possession of a controlled substance in the fifth degree is a class D felony.

CREDIT(S)

1999 Main Volume

(Added L.1973, c. 276, § 19;  amended L.1973, c. 1051, § 8;  L.1977, c. 360, § 5;  L.1978, c. 772, § 6;  L.1979, c. 410, § 11;  L.1985, c. 341, § 3;  L.1988, c. 178, § 1;  L.1995, c. 75, § 1;  L.1997, c. 635, § 3, eff. Jan. 22, 1998;  L.1998, c. 537, § 14, eff. Nov. 1, 1998.)

<General Materials (GM) - References, Annotations, or Tables>

HISTORICAL AND STATUTORY NOTES

1999 Main Volume

Copr. © West 2001 No Claim to Orig. U.S. Govt. Works

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL TURPIN, | ) | Civil No. 1:CV-01-0168 |
| | ) | |
| Petitioner, | ) | |
| | ) | (Judge Rambo) |
| v. | ) | |
| | ) | |
| IMMIGRATION & NATURALIZATION | ) | |
| SERVICE, | ) | |
| Respondent. | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 8th day of June 2001, she served a copy of the attached

**EXHIBITS TO RESPONDENT'S SUPPLEMENTAL RESPONSE
TO PETITION FOR A WRIT OF HABEAS CORPUS**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE(S)
Daniel Siegel, Esquire
Federal Public Defender's Office
100 Chestnut Street
Suite 306
Harrisburg, PA 17101

Dawn L. Mayko
Legal Secretary