

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL TURPIN,

    *Petitioner*     :     Civil No. 1:01-CV-0168

    v.     :     (Judge Rambo)

IMMIGRATION and NATURALIZATION  :
SERVICE,
    *Respondent*

## PETITIONER'S RESPONSE TO COURT ORDER
## OF JULY 2, 2001

AND NOW comes the petitioner, Paul Turpin, by his attorney Daniel I. Siegel of the Federal Public Defender's Office and files this response to the Court's Order of July 2, 2001.

1. By Order dated July 2, 2001, this Court directed undersigned counsel to submit evidence which "demonstrates that [Mr. Turpin's] presence at the moment of removal is assured."

2. Pursuant to the Court's Order, petitioner submits the affidavit of Paul Turpin, attached.

3. Petitioner's affidavit meets the requirements of an unsworn verification under 28 U.S.C. § 1746.

Respectfully submitted,

Date: July 23, 2001

Daniel I. Siegel, Esquire
Asst. Federal Public Defender
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Attorney for Paul Turpin
Attorney ID #38910

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL TURPIN,
    *Petitioner*

    v.

IMMIGRATION and NATURALIZATION
SERVICE,
    *Respondent*

Civil No. 1:01-CV-0168

(Judge Rambo)

### AFFIDAVIT OF PAUL TURPIN

AND NOW comes the affiant, Paul Turpin, who declares that the following is true to the best of his information and belief:

1. I, Paul Turpin, was born in Guyana on November 28, ~~1962~~ 1959 P.T.

2. My parents, John and Sheila Turpin, reside at 53 Chauncey Street, Brooklyn, New York 11233.

3. Both my parents are United States citizens and have resided in the United States for over twenty years

4. I have two brothers and one sister all residing in the United States.

5. I have a seven year old son who is a United States citizen.

6. I am presently incarcerated at Pike County Jail, H.C. 8 Box 8601, Hawley, Pennsylvania 18423.

7. I have been in INS custody since July 17, 2000.

8. If I am released from INS custody, I will reside with my parents in their home in Brooklyn, New York.

9. If I am released, I will immediately look for employment.

10. I promise that, if released, I will abide by the laws of the United States and the State and City of New York.

11. If released from custody, I will comply with all conditions of release and will report to the INS as directed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: 7-10-01

_____
Paul Turpin

## CERTIFICATE OF SERVICE

I, Daniel I. Siegel, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing **Petitioner's Response to Court Order of July 2, 2001** by hand delivering the same to the following:

>Dulce Donovan, Esquire
>United States Attorney's Office
>Federal Building, Room 217
>228 Walnut Street
>Harrisburg, PA   17108

and by placing the same in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

>Paul Turpin
>Pike County Jail
>HC 8, Box 8601
>Hawley, PA 18428

Date: July 23, 2001

Daniel I. Siegel, Esquire
Asst. Federal Public Defender
Attorney for Paul Turpin