IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL TURPIN,
*Petitioner*

    v.

IMMIGRATION and NATURALIZATION
SERVICE,
*Respondent*

Civil No. 1:01-CV-0168

(Judge Rambo)

## Amended Certificate of Service to Petitioner's Response to Court Order of July 2, 2001

AND NOW comes the petitioner, Paul Turpin, by his attorney Daniel I. Siegel of the Federal Public Defender's Office, and files this amended Certificate of Service to petitioner's filing of July 23, 2001.

1. On July 23, 2001, petitioner filed a response to the district court order of July 2, 2001.

2. A copy of petitioner's response was served on Assistant United States Attorney Dulce Donovan.

3. Petitioner now amends his Certificate of Service to include Joshua E. Braunstein, Esq., of the Office of Immigration Litigation in Washington, D.C.

4. A copy of this amended Certificate of Service, along with a copy of Petitioner's Response filed July 23, 2001, is being sent to Mr. Braunstein by overnight Federal Express.

 

Respectfully submitted,

DATE: July 25, 2001

*[signature]*
DANIEL I. SIEGEL, ESQUIRE
Asst. Federal Public Defender
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Attorney for Paul Turpin
Attorney ID # 38910

## CERTIFICATE OF SERVICE

I, Daniel I. Siegel, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing **Amended Certificate of Service to Petitioner's Response to Court Order of July 2, 2001** by hand delivering the same to the following:

>Dulce Donovan, Esquire
>United States Attorney's Office
>Federal Building, Room 217
>228 Walnut Street
>Harrisburg, PA   17108

and by Federal Express Overnight Delivery to the following:

>Joshua E. Braunstein
>Office of Immigration Litigation
>U. S. Department of Justice - Civil Division
>P. O. Box 878
>Ben Franklin Station
>Washington, D.C.   20044

and by placing the same in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

>Paul Turpin
>Pike County Jail
>HC 8, Box 8601
>Hawley, PA 18428

Date: July 25, 2001

_____
DANIEL I. SIEGEL, ESQUIRE
Asst. Federal Public Defender
Attorney for Paul Turpin