IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL TURPIN, : CIVIL NO. 1:CV-01-0168
    Petitioner :
v. :
IMMIGRATION AND :
NATURALIZATION SERVICE, :
    Respondent :

**FILED**
HARRISBURG, PA
AUG 2 9 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**O R D E R**

    By an order dated July 25, 2001, the court dismissed Respondent's previous motion to dismiss the petition for writ of habeas corpus. In that order, the court granted Respondent twenty days to submit evidence concerning the likelihood of Petitioner's removal in the reasonably foreseeable future. Instead of producing this evidence, Respondent ordered Petitioner's release. On August 9, 2001, Respondent mailed Petitioner a release notification. On August 14, 2001, Respondent filed a motion to dismiss the petition as moot. As of the date of this motion, however, Petitioner had not been released from the Pike County Jail. The court, therefore, will defer ruling on the matter until Respondent produces evidence that Petitioner has been released.

    In accordance with the foregoing, **IT IS HEREBY ORDERED THAT** Respondent's motion to dismiss the petition for writ of habeas corpus for mootness is **DEFERRED**. The court will suspend disposition of the motion until Respondent produces evidence that Petitioner has been released from Pike County Jail.

SYLVIA H. RAMBO
United States District Judge

Dated: August 29, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

August 29, 2001

Re: 1:01-cv-00168    Turpin v. Immigration and Natu

True and correct copies of the attached were mailed by the clerk to the following:

Paul Turpin
CTY-PIKE
HC 8, Box 8601
Hawley, PA  18428-8610

Daniel Isaiah Siegel, Esq.
100 Chestnut St.
Suite 306
Harrisburg, PA  17101

Dulce Donovan, Esq.
U.S. Attorney's Office
228 Walnut Street
P.O. Box 11754
Harrisburg, PA  17108

Joshua E. Braunstein, Esq.
U.S. Department of Justice
Civil Division
P.O. Box 878
Ben Franklin Station
Washington, DC  20044

cc:
Judge                          (X)          ( ) Pro Se Law Clerk
Magistrate Judge               ( )          ( ) INS
U.S. Marshal                   ( )          ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Standard Order 93-5            ( )
Bankruptcy Court               ( )
Other_____    ( )

MARY E. D'ANDREA, Clerk

8/29/01