ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL TURPIN, | ) Civil No. 1:CV-01-0168 |
|     Petitioner, | ) |
| | ) (Judge Rambo) |
| v. | ) |
| | ) |
| IMMIGRATION & NATURALIZATION | ) |
| SERVICE, | ) |
|     Respondent. | ) |

FILED
HARRISBURG
AUG 31 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## PRAECIPE TO WITHDRAWAL APPEARANCE AND ENTER APPEARANCE OF NEW COUNSEL

Please withdraw my appearance as Counsel of Record for Immigration and Naturalization Service, Respondent in the captioned case.

Respectfully submitted

MARTIN C. CARLSON
United States Attorney

Dated: 8/30/01

DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
228 Walnut Street, Suite 217
P.O. Box 11754
Harrisburg, PA  17108-1754
(717) 221-4482

## ENTRY OF APPEARANCE

Please enter my appearance as Counsel of Record for Immigration and Naturalization Service, Respondent in the captioned case.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

Dated: 8-31-01

Mark Morrison
Asst. U.S. Attorney
United States Attorney's Office
228 Walnut Street, Suite 217
P.O. Box 11754
Harrisburg, PA  17108-1754
(717) 221-4482

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

MUSTAPHA OLATEJU,          :   CIVIL NO. 3:CV-00-2053
      Petitioner         :   (Judge Nealon)
                          :
    v.                  :
                        :
IMMIGRATION AND NATURALIZATION :
SERVICE,                    :
      Respondent         :

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 31st day of August, 2001, she served a copy of the attached

### WITHDRAWAL OF APPEARANCE/ENTRY OF APPEARANCE

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE:

Dan Siegel, Esquire
Federal Public Defender's Office
100 Chestnut Street
Suite 306
Harrisburg, PA 17101

*Rebecca A. Plesic*
REBECCA A. PLESIC
Legal Secretary