IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL TURPIN,   :   CIVIL NO. 1:CV-01-0168

    Petitioner   :

v.   :

IMMIGRATION AND
NATURALIZATION SERVICE,   :

    Respondent   :

FILED
HARRISBURG, PA
SEP 0 4 2001
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**ORDER**

**IT IS HEREBY ORDERED THAT** Respondent's motion to dismiss the petition for writ of habeas corpus for mootness is **GRANTED**. The clerk of court shall close the file.

                       SYLVIA H. RAMBO
                       United States District Judge

Dated: September 4, 2001.

Certified from the record
Date 9-4-01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                   * * MAILING CERTIFICATE OF CLERK * *


   Re: 1:01-cv-00168    Turpin v. Immigration and Natu


   True and correct copies of the attached were mailed by the clerk
   to the following:


        Paul Turpin
        CTY-PIKE
        HC 8, Box 8601
        Hawley, PA  18428-8610

        Daniel Isaiah Siegel, Esq.
        100 Chestnut St. Suite 306
        Harrisburg, PA  17101

        Joshua E. Braunstein, Esq.
        U.S. Department of Justice, Civil Division
        P.O. Box 878
        Ben Franklin Station
        Washington, DC  20044




cc:
Judge                        (X )                    ( ) Pro Se Law Clerk
Magistrate Judge             (  )                    ( ) INS
U.S. Marshal                 (  )                    ( ) Jury Clerk
Probation                    (  )
U.S. Attorney                (X ) Mark Morrison
Atty. for Deft.              (  )
Defendant                    (  )
Warden                       (  )
Bureau of Prisons            (  )
Ct Reporter                  (  )
Ctroom Deputy                (  )
Orig-Security                (X )
Federal Public Defender      (  )
Standard Order 93-5          (  )
Bankruptcy Court             (  )
Other_____(  )

                                              MARY E. D'ANDREA, Clerk


  DATE: September 4th, 2001                   BY: [signature]
                                                  Deputy Clerk
```