42

1:CV-01-168

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

Return to Sender

✓ No Longer Here

___ This facility does not accept
mail from an inmate in another
correctional facility.

___ Other

18424195039 04

RTS
RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ - UNABLE TO FORWARD
☑ OTHER

FILED
HARRISBURG

SEP 1 0 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

08-29-01
HARRISBURG
PA

U. S. OFFICIAL MAIL
U S POSTAGE
PENALTY
FOR
PRIVATE        $ 0.340
USE $300
METER
590025

A C S