OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

U.S. OFFICIAL MAIL
U.S. POSTAGE
$ 00.340
PENALTY
FOR
PRIVATE
USE $300.
N 590023

1:01-CV-168

FILED
HARRISBURG

SEP 1 2 200

MARY E. D'ANDREA, CLERK
Per _____

Return to Sender
____ No Longer Here
____ This facility does not accept
      mail from an inmate in another
      correctional facility.
____ Other

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD

☑ OTHER
9/13/01

RTS
RETURN TO SENDER

1 4 4 2 4 9 7 0 3 3 - 0 9 4 3