Paul Turpin
CTY-PIKE
HC 8, Box 8601
Hawley, PA  18428-8610

Re: 1:01-cv-00168

------------------------

Please file all pleadings di[rectly with]
the assigned Judge is locate[d ...]
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew S[myser]

------------------------

Chief Judge Thomas I. Vanas[kie]
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E.
Magistrate Judge Thomas M.

------------------------

Judge James F. McClure
Judge Malcolm Muir

Paul Turpin
CTY-PIKE
HC 8, Box 8601
Hawley, PA  18428-8610


Re: 1:01-cv-00168

------------------------------


------------------------------

Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located.  Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>  228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA  17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Malachy E. Mannion<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>  P.O. Box 1148<br>Scranton, PA  18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA  17701 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL TURPIN, : CIVIL NO. 1:CV-01-0168
    Petitioner :
    v. :
IMMIGRATION AND :
NATURALIZATION SERVICE, :
    Respondent :



### ORDER

    Before the court is Petitioner's motion to reconsider or reopen the captioned action. Petitioner is in the custody of the Immigration and Naturalization Service and is presently held in the Berks County Prison, which is located outside the jurisdiction of this court. Berks County is in the jurisdiction of the United States District Court for the Eastern District of Pennsylvania. **IT IS THEREFORE ORDERED THAT** the motion is dismissed for lack of jurisdiction.

                                               SYLVIA H. RAMBO
                                               United States District Judge

Dated: January 8, 2002.